**Order filed November 25, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00728-CV
_____

**ANTONIO SEPEDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0020**

---

## ORDER

This appeal is from an order signed August 12, 2015. Appellant filed a notice of appeal on August 28, 2015. Appellant filed a motion to proceed in forma pauperis and an affidavit of indigence on August 28, 2015.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

The clerk's record was filed on November 17, 2015. The official court reporter for the 212th District Court is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM